08-15-00274-CR

August 27, 2015

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS

8/28/2015 10:57:00 AM

DENISE PACHECO
Clerk

Eighth Court of Appeals
500 E. Antonio, 12th Floor
El Paso, Texas  79901
Attn:  Ms. Denise Pacheco


Christina A. Bohren, CSR
Council of Judges Administration
500 East San Antonio, Room 101
El Paso, Texas  79901


     Re:  Trial Court Cause No. 20120C09300
         Court of Appeals No. 08-15-00274-CR
         Donivan Vidal Jaquez v. The State of Texas


     I, Christina A. Bohren, CSR, am writing regarding the above-referenced cause number.

     This record is due on September 17, 2015.  I received notice of this appeal today, August 27, 2015, which gives me approximately three weeks to prepare the reporter's record.  I am requesting an extension of time to file the reporter's record on this case.  I anticipate this will be done in 30 days or less.


     Sincerely,

     /s/Christina A. Bohren
     Christina A. Bohren
     Certified Court Reporter